IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : |
| | : Case No.: 7:23-CR-17 (WLS-TQL) |
| CHRISTOPHER E. BARNES, *et al.*, | : |
| Defendant. | : |

**ORDER**

Presently before the Court is Defendant, Stephanie Whiddon's, Motion for Continuance and Extension of the Speedy Trial Act, which was filed on April 21, 2023. (Doc. 42.) Therein, Defendant Whiddon moves to continue this Court's specially set June 5, 2023, Valdosta Trial Term to the next regularly scheduled term of Court in the Valdosta Division. (*Id.*) The reason that a continuance is requested is that as of April 21, 2023, Defendant and Counsel had not yet received discovery from the Government. (*Id.*)

Based on Defendant's stated reasons, the Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and the Defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A)-(B). Therefore, the motion to continue (Doc. 42) is **GRANTED**. The Court hereby **ORDERS** that the trial in the above-referenced matter be **CONTINUED** to the Valdosta Division August 2023 term and its conclusion, or as may otherwise be ordered by the Court. Furthermore, it is **ORDERED** that the time lost under the Speedy Trial Act, 18 U.S.C. § 3161, be **EXCLUDED** pursuant to 18 U.S.C. § 3161(h)(7) because the Court has continued the trial in this case and finds that the failure to grant a continuance would likely result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i).

The May 16, 2023 pretrial conference is **CANCELLED**.

**SO ORDERED**, this 27th day of April 2023.

                                                   **/s/ W. Louis Sands**
                                                   **W. LOUIS SANDS, SR. JUDGE**
                                                   **UNITED STATES DISTRICT COURT**